[Nos. 27494-5-I; 28945-4-I.   Division One.   February 8, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD L. DILLEY, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 90-1-05392-6, Patricia H. Aitken, J., entered December 16, 1990. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 30107-1-I.   Division One.   February 8, 1993.]

ROY LEE LONG, SR., *Respondent*, v. THE BOEING COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88-2-22772-1, Edward Heavey, J., entered January 8, 1992. *Affirmed* by unpublished opinion per Agid, J., concurred in by Forrest and Kennedy, JJ.

[No. 30967-6-I.   Division One.   February 8, 1993.]

JOHN DUCE, ET AL, *Appellants*, v. JAMES COWAN, JR., ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-2-06776-7, Larry E. McKeeman, J., entered May 26, 1992. *Reversed* by unpublished per curiam opinion.

[No. 27839-8-I.   Division One.   February 8, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. YUAN PLENG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 90-1-04474-9, Frank L. Sullivan, J., entered January 19, 1991. *Affirmed* by unpublished per curiam opinion.